**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

JEFFREY SHAWN HENDERSON,                No. CIV S-04-1341-GEB-CMK-P

      Petitioner,

   vs.                                                          ORDER

MIKE KNOWLES, Warden,

      Respondent.

_____/

      Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  In light of the objections filed by respondent on November 17, 2006, the court hereby vacates the findings and recommendations (Doc. 19) issued on November 3, 2006.  Amended findings and recommendations will be issued to correct an error with respect to the applicability of harmless error analysis to petitioner's hearsay claim.

      IT IS SO ORDERED.

DATED:   January 24, 2007.

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE