IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JEFFREY SHAWN HENDERSON,** | CIV S 04-1341 GEB CMK P |
| Petitioner, | **RESPONDENT'S REQUEST FOR EXTENSION OF TIME AND DECLARATION IN SUPPORT THEREOF;** |
| v. | |
| **MIKE KNOWLES, Warden,** | [~~PROPOSED~~] **ORDER** |
| Respondent. | |

Upon considering Respondent's request, and good cause appearing therefore, Respondent shall have 30 days from service of this order to file objections to the magistrate judge's amended findings and recommendations.

February 13, 2007

/s/   **CRAIG M. KELLISON**
Craig M. Kellison
UNITED STATES MAGISTRATE JUDGE

1