IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEFFREY SHAWN HENDERSON,

    Petitioner,                  No. CIV S-04-1341 GEB CMK P

    vs.

MIKE KNOWLES, Warden,

    Respondent.                 <u>ORDER</u>

    _____/

    Petitioner has requested an extension of time to file his objections to the March 6, 2007 amended findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Petitioner's March 16, 2007 request for an extension of time is granted; and

    2. Petitioner is granted thirty days from the date of this order in which to file his objections to the March 6, 2007 amended findings and recommendations.

DATED: April 18, 2007.

                                       **CRAIG M. KELLISON**
                                       UNITED STATES MAGISTRATE JUDGE