IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JEFFREY SHAWN HENDERSON, | | 2:04-cv-1341-GEB-CMK-P |
| Petitioner, | | |
| vs. | | ORDER |
| MIKE KNOWLES, Warden, | | |
| Respondent. | | |
| _____/ | | |

      Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pending before the court is petitioner's request for a certificate of appealability (Doc. 41), filed on June 29, 2007.

      Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's denial of his application for a writ of habeas corpus.  Before petitioner can appeal this decision, a certificate of appealability must issue.  See 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).  A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2).  The court must either issue a certificate of appealability indicating which issues satisfy the required showing or must state the reasons why such a certificate should not issue.  See Fed. R. App. P.

1  22(b).  For the reasons set forth in the magistrate judge's March 6, 2007, amended findings and
2  recommendations, petitioner has not made a substantial showing of the denial of a constitutional
3  right.
4          Accordingly, IT IS HEREBY ORDERED that petitioner's request for a certificate
5  of appealability is denied.

7  Dated:  August 10, 2007

9  GARLAND E. BURRELL, JR.
10 United States District Judge